Raymond J. OSWALD, Estate of Raymond J. Oswald, by Robin D. Simpson, Personal Representative, Respondent,

v.

BOISE CASCADE CORPORATION
(1969–1991), Self–Insured,
Relator,

and

Health Care Financing Administration
(Medicare), Intervenor.

No. C0–02–24.

Supreme Court of Minnesota.

March 27, 2002.

Workers' Compensation Court of Appeals, Hon. William R. Pederson, Judge.

Michael C. Jackman, Genevieve A. Beck, Larkin Hoffman Daly & Lindgren & Lindgren, Ltd., Bloomington, for Relator.

Steven D. Hawn, Sieben Polk LaVerdiere Jones & Hawn, P.A., St. Paul, for Respondents.

Harvey F. Ficek, Noridian Government Center, Fargo, ND, for Intervenor.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed December 20, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:

/s/ James H. Gilbert

Associate Justice